AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

Donald B. Hodges, et al.,
*Plaintiff*
v.
Washington Regional Medical System, et al.,
*Defendant*

Case No. 5:26-cv-05230-TLB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Washington Regional Medical System and the Pension Committee .

Date: 09/16/2026

/s/ William J. Delany
*Attorney's signature*

William J. Delany, DC Bar No. 1021954
*Printed name and bar number*

Groom Law Group, Chartered
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
*Address*

wdelany@groom.com
*E-mail address*

(202) 861-6643
*Telephone number*

(202) 659-4503
*FAX number*