**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DONALD B. HODGES, et al.,**

**Plaintiffs,**

**v.**

**WASHINGTON REGIONAL MEDICAL SYSTEM, et al.**

**Defendants.**

**Case No.: 5:26-cv-05230-TLB**

**APPLICATION OF WILLIAM J. DELANY TO APPEAR *PRO HAC VICE***

COMES NOW the Applicant William J. Delany and hereby files this Application to Appear Pro Hac Vice before this Honorable Court on behalf of Defendants Washington Regional Medical System and the Pension Committee ("Defendants"), in accordance with the Local Rule 83.5(d), and states as follows:

1. I am a member in good standing of the District of Columbia, Pennsylvania and New Jersey State bars. My bar number for the District of Columbia is 1021954, my bar number for Pennsylvania is 74864, and my bar number for New Jersey is 49031994.

2. In accordance with Local Rule 83.5(d), I respectfully request that the Court waive the requirement for designation of local counsel for the limited purposes of representing Defendants in this pending litigation.

3. This Motion is made on the grounds that Defendants have engaged my firm to represent it in this action based on my firm's extensive experience in the defense of putative class actions, like this one, that are brought under the Employee Retirement Income Security Act of 1974.

4. I have not been the subject of disciplinary actions in the last five years by the bar or courts of any jurisdiction in which I am licensed.

5. I have not been denied admission to the courts of any state or to any federal court during the last five years.

6. I affirm that I am familiar with the Local Rules of this Court and the Uniform Federal Rules of Disciplinary Enforcement, and I understand I am subject to and I will abide by those rules as long as this cause of action is pending.

7. It is understood that my admission pro hac vice does not constitute a formal admission.

8. My office address and telephone number are included below my signature herein.

WHEREFORE, for these reasons, William J. Delany respectfully requests that this Honorable Court grant him leave to appear pro hac vice and allow him to appear as lead and notice counsel before this Court until the conclusion of this cause of action.

Dated: September 16, 2026

Respectfully submitted,

*/s/ William J. Delany*

William J. Delany (*pro hac vice pending*)
M. Caroline Wood (*pro hac vice pending*)
Larry M. Blocho Jr. (*pro hac vice pending*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. NW

Suite 1200
Washington, DC 20006
Tel: (202) 861-6643
Fax: (202) 659-4503
wdelany@groom.com
cwood@groom.com
lblocho@groom.com

*Counsel for Defendants Washington Regional Medical System and the Pension Committee*

**CERTIFICATE OF SERVICE**

I, William J. Delany, hereby certify that the foregoing is being electronically filed with the Court and that all counsel of record will receive a copy of the foregoing via the Court's electronic notification system (CM/ECF), on or about this 16th day of September, 2026.

*/s/ William J. Delany.*
William J. Delany