AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | | |
|---|---|---|
| Donald B. Hodges, et al., *Plaintiff* | ) | |
| v. | ) | Case No. 5:26-cv-05230-TLB |
| Washington Regional Medical System, et al., *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Washington Regional Medical System and the Pension Committee .

Date: 09/16/2026

/s/ M. Caroline Wood
*Attorney's signature*

M. Caroline Wood, DC Bar No. 90025778
*Printed name and bar number*

Groom Law Group, Chartered
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
*Address*

cwood@groom.com
*E-mail address*

(202) 861-2609
*Telephone number*

(202) 659-4503
*FAX number*