**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

**DONALD B. HODGES and JOYCE R. KENDRICK,** Individually and on behalf of the Washington Regional 401(k) Plan, and on behalf of all the similarly situated participants and beneficiaries of the plan,

**Plaintiffs,**

**v.**

**WASHINGTON REGIONAL MEDICAL SYSTEM and the PENSION COMMITTEE,**

**Defendants.**

**Case No. 5:26-cv-05230-TLB**

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Washington Regional Medical System states that it is an Arkansas nonprofit organization. Washington Regional Medical System has no corporate parent, and no publicly held corporation owns ten percent or more of it stock.

Dated: September 16, 2026

Respectfully submitted,

*/s/ William J. Delany*

William J. Delany (*pro hac vice pending*)
M. Caroline Wood (*pro hac vice pending*)
Larry M. Blocho Jr. (*pro hac vice pending*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave., NW
Suite 1200
Washington, DC 20006
Tel: (202) 861-6643
Fax: (202) 659-4503
wdelany@groom.com
cwood@groom.com
lblocho@groom.com

*Counsel for Defendants Washington Regional Medical System and the Pension Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, I electronically served the foregoing **DEFENDANTS' COROPORATE DISCLOSURE STATEMENT** upon Plaintiffs' counsel of record via email.

*/s/ William J. Delany*
William J. Delany