**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

**DONALD B. HODGES, JOYCE R. KENDRICK, Individually and on behalf of the Washington Regional 401(k) Plan, and on behalf of all similarly situated participants and beneficiaries of the plan,**

**Plaintiffs,**

**v.**

**WASHINGTON REGIONAL MEDICAL SYSTEM and the PENSION COMMITTEE,**

**Defendants.**

**Case No.: 5:26-cv-05230-TLB**

**JOINT MOTION TO VACATE DEFENDANTS' RESPONSIVE PLEADING DEADLINE AND SET MOTION TO DISMISS BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6, Defendants Washington Regional Medical System and the Pension Committee ("Defendants") and Plaintiffs Donald Hodges and Joyce Kendrick ("Plaintiffs") (collectively, the "Parties") respectfully move the Court to vacate Defendants' current responsive pleading deadline (November 13, 2026) and set the following briefing schedule regarding Defendants' forthcoming Motion to Dismiss Plaintiffs' Complaint:

- December 11, 2026 – Defendants' Motion to Dismiss Plaintiffs' Complaint and Memorandum of Law in Support;
- January 29, 2027 – Plaintiffs' Opposition Brief; and
- February 19, 2027 – Defendants' Reply Brief.

Counsel for the Parties have conferred and agree upon the requested relief. In support of this Joint Motion, the Parties state as follows:

Plaintiffs filed the Complaint on September 9, 2026. In the Complaint, Plaintiffs allege that Defendants breached their fiduciary duties under the Employee Retirement Income Security Act ("ERISA") in connection with a suite of target date funds offered in the Washington Regional 401(k) Retirement Plan. The Complaint is 84 pages long and contains 268 allegations (not including subparts and the prayer for relief). Defendants' current deadline for responding to the Complaint is November 13, 2026.

The Parties' request is not being filed for purposes of delay or for any other reason. The primary reason for the request is to give: (i) Defendants sufficient time to investigate the allegations in the Complaint and prepare their forthcoming Motion to Dismiss Plaintiffs' Complaint and Memorandum of Law in Support; and (ii) the Parties sufficient time to prepare their Opposition and Reply Briefs in light of the intervening holidays and upcoming parental leave. No Party will be prejudiced by the request, as the Parties agree on the relief sought.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion and (i) vacate Defendants' current responsive pleading deadline (November 13, 2026); and (ii) set the following briefing schedule regarding Defendants' forthcoming Motion to Dismiss Plaintiffs' Complaint: (a) December 11, 2026 – Defendants' Motion to Dismiss Plaintiffs' Complaint and Memorandum of Law in Support; (b) January 29, 2027 – Plaintiffs' Opposition Brief; and (c) February 19, 2027 – Defendants' Reply Brief.

Date: November 6, 2026

Respectfully submitted,

/s/ Josh Sanford
Josh Sanford (Arkansas Bar No. 2001037)
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy
Suite 510
Little Rock, AR 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

Ryan M. Tucker (*pro hac vice* forthcoming)
John D. Hughes (*pro hac vice* forthcoming)
**MILBERG, PLLC**
800 S. Gay St., Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
rtucker@milberg.com
jhughes@milberg.com

*Counsel for Plaintiffs and the Prospective Class*

/s/ William J. Delany
William J. Delany (*pro hac vice*)
M. Caroline Wood (*pro hac vice*)
Larry M. Blocho (*pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave. NW
Suite 1200
Washington, DC 20006
Tel: (202) 861-6643
Fax: (202) 659-4503
wdelany@groom.com
cwood@groom.com
lblocho@groom.com

*Counsel for Defendants Washington Regional Medical System and the Pension Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties of record.

*/s/ William J. Delany*
William J. Delany